**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| *In re MedStar Health Data Security Incident* | Case No. 1:24-cv-01335-BAH <br><br> CLASS ACTION |

**JOINT STATUS REPORT**

Pursuant to the Court's December 20, 2024 Order, Plaintiffs and Defendant MedStar Health, Inc. hereby submit this Joint Status Report regarding the outcome of the Parties' mediation on March 26, 2025. The Parties are pleased to report that they reached a settlement in principle at the mediation. The Parties request 45 days to finalize the Settlement Agreement and for Plaintiffs to prepare and finalize a motion for preliminary approval of the class action settlement.

Dated: March 31, 2025                    Respectfully submitted,

/s/ Jason S. Rathod
Jason S. Rathod
**Migliaccio & Rathod LLP**
412 H Street NE
Washington D.C. 20002
Tel: 202-470-3520
jrathod@classlawdc.com

Ben Barnow*
**Barnow and Associates, P.C.**
205 West Randolph Street, Suite 1630
Chicago, IL 60606
Tel: 312-621-2000
Fax: 312-641-5504
b.barnow@barnowlaw.com

Jeff Ostrow*
**Kopelowitz Ostrow P.A.**

1

1 W. Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com

Danielle L. Perry*
**Mason LLP**
5335 Wisconsin Avenue, NW
Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
dperry@masonllp.com

*Interim Co-Lead Class Counsel*

*pro hac vice



/s/ Elizabeth Anne Scully
Elizabeth Anne Scully
**Baker and Hostetler LLP**
1050 Connecticut Ave NW Ste 1100
Washington, DC 20036
12028611698
Fax: 12028611783
Email: escully@bakerlaw.com

*Counsel for Defendant MedStar Health, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31th day of March, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court via the Court's CM/ECF system, which will cause a copy to be electronically served upon all counsel of record.

/s/ Jason S. Rathod
Jason S. Rathod